NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM OSCAR HARRIS,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5005

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00069-VJW, Judge Victor J. Wolski.

---

**ON MOTION**

---

**O R D E R**

William Oscar Harris moves for a 60-day extension of time to pay the filing fee for this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. If Harris does not pay the $505 filing fee within 60 days of the date of filing of this order, his appeal will be dismissed.

2                                            WILLIAM HARRIS v. US

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s30